# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| DANIELA LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:20-2219 |
| ) | |
| v. ) | |
| ) | |
| DOLLAR GENERAL CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER GRANTING SECOND JOINT MOTION FOR FLSA SETTLEMENT APPROVAL

Before the Court is the parties' Second Joint Motion for Fair Labor Standards Act ("FLSA") Settlement Approval, filed on February 25, 2021. (ECF No. 15.) On February 24, 2021, the Court denied the parties' Joint Motion for settlement approval because the confidentiality provisions contravened the public interest and legislative purpose of the FLSA. (ECF No. 14.) The parties have removed the confidentiality language and amended the settlement approval in accordance with the Court's Order. ("Proposed Settlement", ECF No. 15-1.) The Court has reviewed the terms of the Proposed Settlement and **GRANTS** the parties' Second Joint Motion for Settlement Approval.

**IT IS SO ORDERED**, this 26th day of February, 2021.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE
