# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| DANIELA LEWIS, | ) |
| Plaintiff, | ) ) |
| | ) Case No. 2:20-cv-2219 |
| v. | ) ) |
| DOLLAR GENERAL CORPORATION, | ) ) |
| Defendant. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the parties' Joint Notice of Dismissal with Prejudice, filed on March 18, 2021 (ECF No. 17), and the Court having entered an Order of Dismissal (ECF No. 18),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is hereby **DISMISSED WITH PREJUDICE**.

**APPROVED:**

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT JUDGE

March 19, 2021
Date